

# Fourth Court of Appeals
## San Antonio, Texas

May 5, 2020

No. 04-19-00861-CV

**IN THE MATTER OF J.C.W.G.,**

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 19-02-13115-CR
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

We granted the State's first and second motions for extensions of time to file the brief and set the brief due on May 4, 2020. *See* TEX. R. APP. P. 38.6(b). The State filed its brief on the twice-extended due date, but after it was filed, noticed the brief lacked a proper table of contents and index of authorities. The State filed an unopposed motion to file an amended brief by May 6, 2020. *See id.* R. 38.6(d).

The State's motion for extension of time to file the brief is GRANTED. The amended brief is due on May 6, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of May, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court